Joshua Briones (SBN 205293)
jbriones@mintz.com
E. Crystal Lopez (SBN 296297)
eclopez@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, California 90067
Telephone:   (310) 586-3200
Facsimile:   (310) 586-3202

Attorneys for Defendant
FELD ENTERTAINMENT, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUNEER TAWAM,<br><br>                              Plaintiff,<br><br>        v.<br><br>FELD ENTERTAINMENT, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>                              Defendants. | Case No.   '23CV0357 BEN JLB<br><br>**DEFENDANT'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1331 AND 1441(a) (FEDERAL QUESTION)**<br><br>**JURY TRIAL DEMANDED**<br><br>Complaint Filed: January 24, 2023<br>Trial Date:        Not Yet Set |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446, Defendant Feld Entertainment, Inc. ("Defendant") hereby removes this action entitled *Muneer Tawam v. Feld Entertainment, Inc. et al.,* currently pending in the Superior Court of California, County of San Diego, Case Number 37-2023-00003063-CU-CR-CTL, to the United State District Court for the Southern District of California.  This Court has original subject matter jurisdiction under 28 U.S.C. §§ 1332 and 1441 *et seq.*  In support of this removal, Defendant further states:

## I.    THE PROCEDURAL HISTORY

1.    On or about January 24, 2023, Muneer Tawam ("Plaintiff") filed a Complaint against Defendant in the Superior Court of California, County of San Diego, Case Number 37-2023-00003063-CU-CR-CTL, captioned *Muneer Tawam v.*

- 1 -

*Feld Entertainment, Inc. et al.* (the "State Court Action").

2.    Plaintiff's Complaint asserts a single cause of action under the Video Privacy Protection Act of 1988, 6 18 U.S.C. §§ 2710 *et seq.* ("VPPA"). Plaintiff seeks to recover damages, including punitive damages, from the Defendant for alleged injuries.

3.    No substantive proceedings have occurred in the Superior Court of California, County of San Diego, as of the date of this Notice of Removal. Defendant has not answered or moved in response to the Complaint filed by Plaintiff. Defendant hereby reserves any and all rights to assert any and all defenses and/or objections to the Complaint.

## II.    GROUNDS FOR REMOVAL

4.    Removal is proper because this action is a civil action over which this Court has original jurisdiction under 28 U.S.C. section 1331. The action may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. section 1441(a) in that the action arises under federal law, specifically, the Video Privacy Protection Act of 1988, 6 18 U.S.C. §§ 2710 *et seq.*

## III.    THE PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED

5.    Defendant was served on or about January 27, 2023. This Notice of Removal is being filed within thirty (30) days after service on Defendant. Therefore, this removal is timely filed pursuant to 28 U.S.C. § 1446(b). *See Jacob v. Mentor Worldwide*, LLC, 393 F. Supp. 3d 912, 921 (C.D. Cal. 2019); *Zirkin v. Shandy Media, Inc.*, No. 2:18-cv-09207-ODW (SSx), 2019 U.S. Dist. LEXIS 24540, at *10 (C.D. Cal. Feb. 14, 2019).

6.    The counsel named in the caption above is counsel for Defendant.

7.    The Notice of Removal is being filed on behalf of Defendant.

8.    Venue for this action is proper in this Court under 28 U.S.C. § 1441(a)

NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1331, 1441(A) AND 1446 BY DEFENDANT FELD ENTERTAINMENT, INC.

because the Southern District of California is the "district and division embracing the place where such action is pending."  *See* 28 U.S.C. § 1441(a) and 28 U.S.C. § 84(d).

9.    Pursuant to 28 U.S.C. § 1446(a), Defendant attaches to this Notice of Removal a copy of all process, pleadings, and orders entered in this case. (*See* **Exhibit A,** attached hereto.).

10.    Counsel for Defendants certifies that promptly following the filing of this Notice of Removal, written notice of the removal of this action will be served to Plaintiff's counsel, as required by 28 U.S.C. § 1446(d).

11.    A true and correct copy of this Notice of Removal will also be promptly filed with the Superior Court of California, County of San Diego, pursuant to 28 U.S.C. § 1446(d).

12.    WHEREFORE, Defendant Feld Entertainment, Inc. hereby respectfully removes this action entitled *Muneer Tawam v. Feld Entertainment, Inc. et al.,* currently pending in the Superior Court of California, County of San Diego, Case Number 37-2023-00003063-CU-CR-CTL, to the United State District Court for the Southern District of California.

Dated: February 23, 2023

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

Joshua Briones
E. Crystal Lopez

Attorneys for Defendant
FELD ENTERTAINMENT, INC.

NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1331, 1441(A) AND 1446
BY DEFENDANT FELD ENTERTAINMENT, INC.

## <u>EXHIBITS – TABLE OF CONTENTS</u>

| Exhibit Number | Description | Page Number |
|:---:|:---|:---:|
| A | Copies of all process, pleadings, and orders entered in the Superior Court | 4-23 |

NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1331, 1441(A) AND 1446
BY DEFENDANT FELD ENTERTAINMENT, INC.