Joshua Briones (SBN 205293)
jbriones@mintz.com
E. Crystal Lopez (SBN 296297)
eclopez@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, California  90067
Telephone:  (310) 586-3200
Facsimile:   (310) 586-3202

Attorneys for Defendant
FELD ENTERTAINMENT, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUNEER TAWAM,<br><br>Plaintiff,<br>v.<br><br>FELD ENTERTAINMENT, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:23-cv-00357-BEN-JLB<br><br>**DEFENDANT FELD ENTERTAINMENT, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>Complaint Filed: January 24, 2023<br>Trial Date:    Not Yet Set |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Feld Entertainment, Inc. discloses the following:

1. Feld Entertainment, Inc. has no parent company and no publicly held company owns more than 10% of Feld Entertainment, Inc.'s stock.

Dated: February 24, 2023

**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**

*E. Crystal Lopez* (signature)
_____
Joshua Briones
E. Crystal Lopez

Attorneys for Defendant
FELD ENTERTAINMENT, INC.