Joshua Briones (SBN 205293)
jbriones@mintz.com
E. Crystal Lopez (SBN 296297)
eclopez@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, California  90067
Telephone:  (310) 586-3200
Facsimile:   (310) 586-3202

Attorneys for Defendant
FELD ENTERTAINMENT, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| MUNEER TAWAM,<br><br>                    Plaintiff,<br>    v.<br><br>FELD ENTERTAINMENT, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No. 3:23-cv-00357-BEN-JLB<br><br>**DEFENDANT FELD ENTERTAINMENT, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>Complaint Filed: January 24, 2023<br>Trial Date:       Not Yet Set |
|---|---|

- 1 -
DEFENDANT FELD ENTERTAINMENT, INC.'S
NOTICE OF PARTY WITH FINANCIAL INTEREST

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA AND TO ALL PARTIES OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1 and Rule 40.2 of the Local Rules of Practice for the United States District Court for the Southern District of California, the undersigned hereby certify as follows:

1. Feld Entertainment, Inc. has no parent company and no publicly held company owns more than 10% of Feld Entertainment, Inc.'s stock.

Dated: February 24, 2023

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

Joshua Briones
E. Crystal Lopez

Attorneys for Defendant
FELD ENTERTAINMENT, INC.