```
 1  Joshua Briones (SBN 205293)
    jbriones@mintz.com
 2  E. Crystal Lopez (SBN 296297)
    eclopez@mintz.com
 3  Matthew J. Novian (SBN 324144)
    mjnovian@mintz.com
 4  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
    2049 Century Park East, Suite 300
 5  Los Angeles, California  90067
    Telephone:   (310) 586-3200
 6  Facsimile:   (310) 586-3202

 7  Attorneys for Defendant
    FELD ENTERTAINMENT, INC.
 8
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUNEER TAWAM,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>FELD ENTERTAINMENT, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 3:23-cv-00357-WQH-JLB<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Case Assigned to Hon. William Q. Hayes<br>Courtroom 14B<br><br>Hearing Date:　June 5, 2023<br>Judge:　　　　Hon. William Q. Hayes<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>Complaint Filed:　January 24, 2023<br>Trial Date:　　　Not Yet Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on June 5, 2023, Defendant Feld Entertainment, Inc. (hereinafter "Defendant"), by and through its undersigned counsel, will and hereby moves this Court for an Order to Dismiss Plaintiffs' First Amended Complaint ("Complaint").

Defendant's Motion to Dismiss asks the Court for an order dismissing Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to allege facts sufficient to state a claim for relief.

This motion is based on the Notice of Motion, the Memorandum of Points and Authorities in support thereof, the Request for Judicial Notice along with the supporting exhibits, and the papers submitted in reply supporting the Motion, the papers and pleadings on file in this action, and matters subject to judicial notice.

Dated: May 1, 2023

Respectfully submitted,

**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**

*/s/ E. Crystal Lopez*

Joshua Briones
E. Crystal Lopez
Matthew J. Novian

Attorneys for Defendant
FELD ENTERTAINMENT, INC.