# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

MUNEER TAWAM, REBEKA RODRIGUEZ, individually and on behalf of those similarly situated,

    Plaintiffs,

v.

FELD ENTERTAINMENT INC., a Delaware corporation; and DOES 1 through 10, inclusive,

    Defendants.

Case No.: 23-cv-357-WQH-MMP

**ORDER**

HAYES, Judge:

On July 28, 2023, the Court issued an Order granting Defendant Feld Entertainment Inc.'s Motion to Dismiss the First Amended Complaint without prejudice. (ECF No. 21.) The Order gave Plaintiffs Muneer Tawam and Rebeka Rodriguez thirty days in which to file a motion for leave to amend and stated that "[i]f no motion is filed, the Court will close this case." *Id.* at 10. Because more than thirty days have elapsed, and the docket reflects that no motion has been filed, the Clerk of the Court is hereby instructed to close the case.

Dated: September 21, 2023

Hon. William Q. Hayes
United States District Court